**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA, ex
rel. GREGORY KERSULIS, M.D., and
JIMMIE WILSON; GREGORY KERSULIS,
M.D.; and JIMMIE WILSON**                                     **PLAINTIFFS**

**v.**                    **CASE NO. 4:00-CV-00636 GTE**

**REHABCARE GROUP, INC., and
BAXTER COUNTY REGIONAL
HOSPITAL, INC.**                                                                                        **DEFENDANTS**

## JUDGMENT

Upon the basis of the Order granting Defendants' Motions for Summary Judgment, Plaintiffs' Complaint must be dismissed with prejudice against Defendants.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of RehabCare Group, Inc. and Baxter County Regional Hospital, Inc.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 29th day of January, 2007.

                                             /s/Garnett Thomas Eisele
                                             UNITED STATES DISTRICT JUDGE